448 A.2d 1175

Commonwealth v. Waters, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted May 3, 1982. Jack J. Bulkin, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.